IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KARRI A. EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-0364-BH-C |
| MOBILE INFIRMARY MEDICAL CENTER, ) | |
| WILLIAM S. ROBERTS, CHRIS ) | |
| LAWRENCE, and BARRY JONES, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Findings of Fact; Conclusions of Law; and Order entered this day, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, Mobile Infirmary Medical Center and William S. Roberts, and against the plaintiff, Kerri A. Evans, the plaintiff to have and recover nothing of the defendants. Costs are taxed against the plaintiff.

**DONE** this 2nd day of August, 2005.

                                                                      s/ W. B. Hand
                                                          SENIOR DISTRICT JUDGE